Lanny Jay
SBN: 93099
18602 Old Monte Rio Road
Guerneville, CA 95446

Telephone: (707) 869-0759
Facsimile: (707) 869-0759
Email: landbird@comcast.net

Attorney for Plaintiff
BRANDON CHATOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDON CHATOIAN, </br></br> Plaintiff, </br></br> vs. </br></br> WATERWORK INDUSTRIES INCORPORATED, et al., </br></br> Defendants. | No.: **C 11-02322 JSW** </br></br> Hon. Jeffrey S. White |

**STIPULATION AND ORDER** AS MODIFIED

**FOR LEAVE TO FILE AMENDED COMPLAINT**

STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT     No. C 11-02322 JSW

1

# STIPULATION

WHEREAS information has been shared between the parties and Plaintiff has prepared and served the ~~attached~~ AMENDED COMPLAINT at Docket 16, Ex. 1, which deletes one claim; adds one new and different claim; for clarity, divides two previously stated claims; and better states each claim;

WHEREAS Defendants filed their joint Answer after this action was removed to this Court and leave of this Court is required;[1]

WHEREAS counsel for Plaintiff and counsel for Defendants conferred and agreed to the filing of an AMENDED COMPLAINT which upon filing shall become the Complaint in this matter;

AND WHEREAS counsel for Plaintiff and counsel for Defendants conferred and agreed that Defendants shall serve and file their responsive pleading(s) on or before July 29, 2011:

NOW, THEREFORE, IT IS STIPULATED and agreed that Plaintiff shall, upon the granting of leave, forthwith file the proposed

---

1. Rule 15 provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served; "[o]therwise, a party may amend the party's pleading only by leave of court [which] shall be freely given when justice so requires." Fed. R. Civ. P. 15.

STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT     No. C 11-02322 JSW

2

Amended Complaint. Upon its filing, the proposed Amended Complaint shall become the Complaint in this matter. Defendants shall file their responsive pleading(s) on or before July 29, 2011.

Kilpatrick Townsend & Stockton LLP,
Attorneys for Defendants Waterworks Industries and Mathias Toupin, by:

s/ Kathleen Dodd Barton
_____  Dated: July 1, 2011
KATHLEEN DODD BARTON

Plaintiff Brandon Chatoian, by:

s/ Lanny Jay
_____  Dated: July 1, 2011
LANNY JAY

## ORDER

It is so Ordered.

_____  Dated: July 5, 2011
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT    No. C 11-02322 JSW