**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6   BRANDON CHATOIAN                         No. C 11-02322 JCS

7              Plaintiff(s),
                                            **ORDER SETTING CASE
8        v.                                 MANAGEMENT CONFERENCE
                                            [Reassigned Case]**
9    WATERWORKS INDUSTRIES
     INCORPORATED et al,
10
11             Defendant(s).
     _____/

12
         TO ALL PARTIES AND COUNSEL OF RECORD:
13
         The above-entitled matter having been reassigned to the Honorable Joseph C. Spero,  for trial
14
     and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10,
15
     that a Case Management Conference shall be held in this case on **September 30, 2011 at 1:30 p.m.**
16
     in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,
17
     California.
18
         The parties shall appear in person or through counsel and shall be prepared to discuss all
19
     items referred to in Civil L.R. 16-10.  In view of the recent filing of case management statements, no
20
     additional case management statements need be filed.
21
         All documents filed with the Clerk of the Court shall list the civil case number followed only
22
     by the initials "**JCS**."  One copy shall be clearly marked as a chambers copy.
23
24
     Dated:  September 13, 2011
25
                                            _____
26
                                            JOSEPH C. SPERO
27                                          United States Magistrate Judge
28