UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON CHATOIAN

        Plaintiff,

   v.

WATERWORK INDUSTRIES INCORPORATED et al,

        Defendants.

No.:  **C 11-02322 JCS**

[~~Proposed~~]
**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE**
**[Reassigned Case]**

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the parties' stipulation setting forth good cause for the Case Management Conference be continued to a date *subsequent* to November 14th, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that the current date is vacated and a Case Management Conference shall be held in this case on __December 16, 2011,__ **at 1:30 p.m.** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

~~The parties shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of case management statements, no additional case management statements need be filed~~. The parties shall file an updated joint case management conference statement by 12/9/11.

Dated: September 26, 2011

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Joseph C. Spero

JOSEPH C. SPERO
United States Magistrate Judge