UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON CHATOIAN | } | No.: **C 11-02322 JCS** |
| | } | |
| Plaintiff, | } | |
| | } | [Proposed] |
| v. | } | **ORDER RE-SETTING** |
| | } | **SETTLEMENT CONFERENCE** |
| WATERWORK INDUSTRIES INCORPORATED et al, | } | |
| | } | |
| Defendants. | } | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Plaintiff's request setting forth good cause for the Settlement Conference be continued, it is hereby ordered that the current Settlement Conference date is vacated and a Settlement Conference shall be held in this case on __December 2, 2011__ **at 10:00 a.m.**, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.  The requirements set forth in the Court's previously issue Amended Notice and Order Regarding Settlement Conference apply to this Settlement Conference.  The parties shall notify the Court's chambers immediately at (510) 637-3324 if the case settles before the Settlement Conference.
 The Settlement Conference Statements are due 7 days prior to the conference.
Dated:  September _27_, 2011

_____
LAUREL BEELER
United States Magistrate Judge