UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BRANDON CHATOIAN,

    Plaintiff,

vs.

WATERWORKS INDUSTRIES INCORPORATED, a California Corporation, and MATHAIS TOUPIN,
    Defendants.

Case No. 3:11-cv-02322-JCS

~~PROPOSED~~ ORDER

THIS CAUSE comes before the Court upon the parties' Joint Notice of Filing and Joint Motion for Approval of the Settlement Agreement as Stipulated Final Judgment Settlement Agreement, Settlement Agreement, and Joint Stipulation of Dismissal. The Court, having considered the motion and Settlement Agreement and being otherwise advised in the premises, finds that the Joint Motion for Approval of the Settlement Agreement should be granted as fair and reasonable.

It is therefore ORDERED AND ADJUDGED that:

The parties' Joint Motion for Approval of the Settlement Agreement as Stipulated Final Judgment is GRANTED.

This case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

**DONE and ORDERED** in San Francisco, California on December 9, 2011.

_____
Judge Joseph C. Spero
~~DISTRICT JUDGE~~
MAGISTRATE

PROPOSED ORDER
2

US2008 2811056.1